IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOVELACE HEALTH SYSTEM, INC. d/b/a
LOVELACE REHABILITATION HOSPITAL,
and AHS HILLCREST MEDICAL CENTER,
LLC

      Plaintiffs,

vs.                                                        No. CIV 18-1149 JB\SCY

ALEX M. AZAR II, Secretary of the United
States Department of Health and Human
Services

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Notice of Voluntary Dismissal, filed November 13, 2019 (Doc. 31)("Notice"). In the Notice, the parties stipulate and voluntarily agree to dismiss the case in accordance with rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. See Notice at 1. Pursuant to rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Notice, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) this civil action is dismissed; and (ii) Final Judgment is entered.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Counsel:*

Daniel J. Hettich
King & Spalding LLP
Washington, D.C.

--and--

Robert E. Hanson
Matthew E. Jackson
Peifer, Hanson & Mullins, P.A.
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

W. Charles Bailey, Jr.
United States Department of Health and Human Services
Baltimore, Maryland

--and--

John C. Anderson
    United States Attorney
Tiffany L. Walters
    Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*